B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Middle District of Alabama
Case No. **08–30318**
**Chapter 13**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Ronald E. Stokes
 2813 Susan Dr.
 Montgomery, AL 36116

Social Security / Individual Taxpayer ID No.:
 xxx–xx–3177

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

                                                                BY THE COURT

Dated: October 10, 2012                          Dwight H. Williams Jr.
                                                                United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

In re:                                                                  Case No. 08-30318-DHW
Ronald E. Stokes                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2     User: ewalker     Page 1 of 3     Date Rcvd: Oct 10, 2012
                   Form ID: B18W     Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2012.

```
db          +Ronald E. Stokes,    2813 Susan Dr.,    Montgomery, AL 36116-3926
aty         +John Bender,   718 Downtowner Blvd,    Mobile, AL 36609-5402
aty         +Richard D. Shinbaum,    Shinbaum & Campbell,    P.O. Box 201,   Montgomery, AL 36101-0201
cr          +BAC Home Loans Servicing, L.P. fka Countrywide Hom,    2380 Performance Dr. Bldg C Mail Stop: R,
              Richardson, Tx 75082-4333
cr          +John T. Bender Bank of America, N.A.,    718 Downtowner Blvd.,    Mobile, AL 36609-5402
cr          +SanTander ConsumerUSA, Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
1580254     +Angela Stokes,    2813 Susan Drive,    Montgomery, AL 36116-3926
1580257     +CITIZENS,   188 INDUSTRIAL DRIVE,    Elmhurst, IL 60126-1608
1580258     +COUNTRY WIDE MORTGAGE,    450 AMERICAN STREET,    Simi Valley, CA 93065-6285
1589394     +Citizen’s Finance Company,    188 Industrial Dr. #128,    Elmhurst, IL 60126-1608
1580259     +Debra Taylor,    3933 Kimberly Street,    Montgomery, AL 36116-4515
1580251      EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
1580253      EXPERION,   P.O. BOX 9701,    Allen, TX 75013-9701
1580263      MAX FEDERAL CREDIT UNION,    P. O. BOX 244040,    MONTGOMERY, AL 36124-4040
1580264      NAOMI IVKER, ESQ,    PO BOX 11366,    Birmingham, AL 35202-1366
1580252     +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty         +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Oct 10 2012 21:39:25     Erich M. Ramsey,
              Ascension Capital Group L.P.,    2201 E. Lamar Blvd,    Suite 200,    P O Box 201347,
              Arlington, TX 76006-1347
tr          +E-mail/Text: ch13montgomery@ch13mdal.com Oct 10 2012 21:30:35     Curtis C. Reding,
              P. O. Box 173,    Montgomery, AL 36101-0173
cr          +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Oct 10 2012 21:38:09
              HSBC Auto Finance Department,    C/O Ascension Capital Group,    P.O. Box 201347,
              Arlington, TX 76006-1347
1580255      EDI: BANKAMER.COM Oct 10 2012 21:08:00      BANK OF AMERICA,    4060 OGLETOWN/STANTON RD,
              Newark, DE 19713
1580256     +EDI: CHASE.COM Oct 10 2012 21:08:00      CHASE BANK,    201 N. WALNUT STREET,    MAILSTOP DE1-1027,
              Wilmington, DE 19801-2901
1580260      EDI: DISCOVER.COM Oct 10 2012 21:08:00      DISCOVER CARD,    P.O. BOX 15316,
              WILMINGTON, DE 19850
1585106      EDI: DISCOVER.COM Oct 10 2012 21:08:00      Discover Bank / DFS Services LLC,    POB 3025,
              New Albany Ohio 43054-3025
2481366     +EDI: RESURGENT.COM Oct 10 2012 21:08:00      East Bay Funding,    c/o Resurgent Capital Services,
              PO Box 288,    Greenville, SC 29602-0288
1580261     +EDI: BANKAMER.COM Oct 10 2012 21:08:00      FLEET CREDIT CARD SERVICES,    P.O. BOX 2996,
              HARTFORD, CT 06104-2996
1580262     +EDI: HFC.COM Oct 10 2012 21:08:00      HSBC AUTO,    6602 CONVOY COURT,    San Diego, CA 92111-1009
1599892     +EDI: HFC.COM Oct 10 2012 21:08:00      HSBC Auto Finance (f/k/a Household Auto Finance Co,
              P.O. Box 60130,    City Of Industry, CA 91716-0130
1617965      EDI: PRA.COM Oct 10 2012 21:08:00      Portfolio Recovery Associates, LLC.,    PO Box 12914,
              NORFOLK VA 23541
1642964      EDI: RESURGENT.COM Oct 10 2012 21:08:00      Roundup Funding, LLC,    MS 550,   PO Box 91121,
              Seattle, WA 98111-9221
1619836      EDI: ECAST.COM Oct 10 2012 21:08:00      eCAST Settlement Corporation assignee of,
              FIA Card Services aka Bank of America,    POB 35480,    Newark NJ 07193-5480
1625473      EDI: ECAST.COM Oct 10 2012 21:08:00      eCAST Settlement Corporation assignee of,
              Chase Bank USA NA,    POB 35480,    Newark NJ 07193-5480
                                                                                               TOTAL: 15
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*         +East Bay Funding,    c/o Resurgent Capital Services,    PO Box 288,   GREENVILLE, SC 29602-0288
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 12, 2012**              **Signature:**       _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2012 at the address(es) listed below:
         Bankruptcy Administrator    ba@almb.uscourts.gov
         Curtis C. Reding    trustees_office@ch13mdal.com
         Erich M. Ramsey    on behalf of Creditor   HSBC Auto Finance Department
          ecfnotices@ascensioncapitalgroup.com
         John  Bender    on behalf of Creditor John T. Bender Bank of America, N.A. JBender@MLRLawyers.com,
          phenner@mlrlawyers.com
         Richard D. Shinbaum    on behalf of Debtor Ronald Stokes rshinbaum@smclegal.com,
          smclegalecf@gmail.com

                                                                                    TOTAL: 5